JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY TORREZ,<br><br>  Plaintiff,<br><br>vs.<br><br>INFINITY INSURANCE COMPANY, KEMPER CORPORATION<br><br>  Defendant(s). | Case No.: 2:22-CV-05171-SVW (JCx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS KEMPER CORPORATION WITH PREJUDICE |

## [~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims against Kemper Corporation with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 14, 2022

By: /s/ Stephen V. Wilson

Stephen V. Wilson
United States District Judge

- 1 -

PROPOSED ORDER